**Keith W. LORENZEN, et al., Plaintiffs,**

v.

**SOUTH CENTRAL BELL TELEPHONE COMPANY, Defendant-Third Party Plaintiff-Appellee,**

v.

**CLEARVIEW OF CLINTON, INC., Third Party Defendant-Appellant.**

No. 82–4348
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 28, 1983.

Downey & Brown, Jackson, Miss., Rexford T. Brown, Jackson, Miss., for Clearview of Clinton, Inc.

Butler, Snow, O'Mara, Stevens & Cannada, W. Scott Welch, III, George H. Butler, Roger M. Flynt, Jr., Jackson, Miss., for South Central Bell Telephone Co.

Before RUBIN, REAVLEY and GARWOOD, Circuit Judges.

ALVIN B. RUBIN, Circuit Judge:

AFFIRMED for the reasons given by the district court. 546 F.Supp. 694 (S.D.Miss. 1982).